AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 3

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF _____  _____

UNITED STATES OF AMERICA

Case No. 0:23-CR-00218-DSD-DT
(Write the number of your criminal case.)

v.

Charles Edward Fields
Write your full name here.

RECEIVED BY MAIL
JUL 1 4 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COVER SHEET FOR ADDITIONAL INFORMATION
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☑ Yes ☐ No

SCANNED LT
JUL 1 4 2025
U.S. DISTRICT COURT MPLS

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 3

## ADDITIONAL INFORMATION

To the extent that you have additional information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

7-7-25
Date

Signature: Charles Fields

Charles Fields
Printed Name

66628-510
Federal Bureau of Prisons Register No.

FPC Duluth
Federal Bureau of Prisons Facility

Federal Prison Camp   PO BOX 1000   Duluth, MN 55814
Institution's Address