AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE
## _____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Charles Edward Fields
Write your full name here.

Case No. 0:23-CR-00218-DSD-DT
(Write the number of your criminal case.)

RECEIVED BY MAIL
JUL 1 4 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑ Yes ☐ No

SCANNED LT
JUL 1 4 2025
U.S. DISTRICT COURT MPLS

Page **8** of **16**

FIELDS, CHARLES 66628510

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

# ATTACHMENT 1

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

2923 S. Coon Creek Drive
Andover, MN 55304

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

Katherine Fields - owner
763-458-2692

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

Charles Fields II - 20 - son   Elizabeth Fields - 18 - daughter
M.F. - 16 - son

Do you know where you will work if you are released? If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

Ed Fields and Sons - 15421 Round Lake Blvd Andover, MN 55304
Farmer - Manager of Farming operations

List any additional housing or employment resources available to you.

### B. Medical Needs

Will you require ongoing medical care if you are released from prison?

☐ Yes  ☑ No

FIELDS, CHARLES  66628510

ATTACHMENT 1

Will you have access to health insurance if released?

☑ Yes ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

Blue Cross Blue Shield of MN - 1001 Group Plan

If no, how do you plan to pay for your medical care?

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes ☐ No

If yes, please include them with your motion.

If no, where are the records located?

_____

Are you prescribed medication in the facility where you are incarcerated?

☑ Yes ☐ No

If yes, list all prescribed medication, dosage, and frequency.

Pramipexole .125 mg   1 time daily
Prazosin    1 mg      1 time daily

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes ☑ No

## ATTACHMENT 1

If yes, list equipment required.

_____
_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes  ☑ No

If yes, list the required assistance and how it will be provided.

_____
_____

Do you require assisted living?

☐ Yes  ☑ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____
_____

Are the people you are proposing to reside with aware of your medical needs?

☑ Yes  ☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes  ☐ No   NA

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

_____
_____

Will you have transportation to and from your medical appointments?

☐ Yes  ☐ No   NA

FIELDS, CHARLES 66628510

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Describe the method of transportation.

_____

_____

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

7-7-25
Date

*Charles Fields*
Signature

Charles Fields
Printed Name

66628-510
Federal Bureau of Prisons Register No.

FPC - Duluth
Federal Bureau of Prisons Facility

Federal Prison Camp Duluth, MN P.O. BOX 100 55814
Institution's Address