Inmate Charles Fields
Registration 66628-510
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814



CERTIFIED MAIL
9589 0710 5270 0399 2475 26



⇔66628-510⇔
Clerk Of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED BY MAIL
JUL 14 2025
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED  LT
JUL 14 2025
U.S. DISTRICT COURT MPLS